**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Middle District of Florida

Case number (*If known*): _____    Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | Atomic Machine & EDM, Inc. | |
| 2. **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 65-0480732 | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 9950 Business Circle, Ste 13 | |
| Number   Street | Number   Street |
| | |
| | P.O. Box |
| Naples     FL    34104 | |
| City     State   ZIP Code | City     State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Collier County | |
| County | Number   Street |
| | |
| | |
| | City     State   ZIP Code |

5. **Debtor's website** (URL)    www.atomic Machine.com

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor __Atomic Machine & EDM, Inc._____   Case number (*if known*)_____
        Name

### 7. Describe debtor's business

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
   __339112__

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check **all** that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____  Case number _____
                                        MM / DD / YYYY
         District _____  When _____  Case number _____
                                        MM / DD / YYYY

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

List all cases. If more than 1, attach a separate list.

☐ No
☑ Yes.  Debtor __Techinical Ordnance Solutions, LLc__  Relationship _____
         District __Middle Florida__                    When _____
                                                              MM / DD / YYYY
         Case number, if known _____

| Debtor | Atomic Machine & EDM, Inc. | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number          Street

_____
_____
City                                                State          ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor  Atomic Machine & EDM, Inc.  Case number (*if known*) _____
       Name

| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/05/2023
            MM / DD / YYYY

✘ /s/ Clyde William Colburn, III        Clyde William Colburn, III
  Signature of authorized representative of debtor      Printed name

Title  Owner

**18. Signature of attorney**

✘ /s/ Mike Dal Lago        Date  02/05/2023
  Signature of attorney for debtor                MM / DD / YYYY

Mike Dal Lago
Printed name
Dal Lago Law
Firm name
999 Vanderbilt Beach Rd. Suite 200
Number    Street
Naples        FL    34108
City        State    ZIP Code

2395716877        mike@dallagolaw.com
Contact phone        Email address

102185        FL
Bar number        State

Atomic Machine & EDM, Inc.

Debtor _____     Case number (*if known*)_____
       First Name    Middle Name    Last Name

## Continuation Sheet for Official Form 201

**10) Pending Bankruptcies**

**Energy Technical      Middle Florida**
**Systems, Inc.**

**Fill in this information to identify the case and this filing:**

Debtor Name __Atomic Machine & EDM, Inc.__

United States Bankruptcy Court for the: __Middle District of Florida__

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❑ *Schedule H: Codebtors* (Official Form 206H)
- ❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❑ Amended *Schedule* ____
- ❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __02/05/2023__         ✗ __/s/ Clyde William Colburn, III__
MM / DD / YYYY                        Signature of individual signing on behalf of debtor

                                      __Clyde William Colburn, III__
                                      Printed name

                                      __Owner__
                                      Position or relationship to debtor

Official Form 202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**

United States Bankruptcy Court
Middle District of Florida

In re: Atomic Machine & EDM, Inc.

Case No.

Chapter 11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 02/05/2023

/s/ Clyde William Colburn, III
Signature of Individual signing on behalf of debtor

Owner
Position or relationship to debtor

95 FLRPT, LLC and
WR-I Associates, LTD
7978 Cooper Creek Blvd, Unit 100
Bradenton, FL 34201


Advanced Coating Technologies, Inc.
29023 The Old Road
Valencia, CA 91355


AFI Tooling, Inc.
PO Box 1087
Tallevast, FL 34270


ALRO Metals, Inc.
Dept 771478
PO Box 77000
Detroit, MI 48277


American Broach & Machine Co.
PO Box 1588
Troy, MI 48099


American Mfr's Group
7701 Starkey Road, Unit 314
Largo, FL 33777


Aramack
AUS Central Lockbox
PO box 731676
Dallas, TX 75373


Baker Hill Industries, Inc.
3850 NW 118th Avenue
Pompano Beach, FL 33065


Bank Of America
PO Box 15796
Wilmington, DE 19886


Bar One Specialty Steel
1063 Pierson Drive
Batavia, IL 60510


Bay Electric
4106 Arnold Avenue
Naples, FL 34104


Bryn Mawr Equipment Finance, Inc.
PO Box 692
Bryn Mawr, PA 19010


Canon Financial Services
14904 Collections Center Drive
Chicago, IL 60693


CDS Business Services, Inc.
d/b/a Newtek Business Credit Solutions,
1981 Marcus Avenue, Ste 130
Lake Success, NY 11042


Chemteck Metal Finishing Corp
636 Atlantis Road
Melbourne, FL 32904


Cogsdill Tool Products, Inc.
PO Box 890913
Charlotte, NC 28289


Collier Co Tax Collector
3291 Tamiami Trail East
Naples, FL 34112


Collier County Tax Collector
3291 E Tamiami Trail
Naples, FL 34112


Comcast
PO Box 105184
Atlanta, GA 30348


Direct Capital - Keyance/EDI
CIT
155 Commerce Way
Portsmouth, NH 03801


Drew A. Callahan
Aldridge Pite, LLP
4375 Jutland Drive, Ste 200
San Diego, CA 92117


Earle M. Jorgensen Co.
Attn: George Crosson
2520 Metropolitan Drive
Feasterville Trevose, PA 19053


Energy Technical Systems, Inc.
6958 Mill Run Circle
Naples, FL 34109


Engergy Technical Systems, Inc.
6958 Mill Run Circle
Naples, FL 34109

FCCI Insurance Group
PO Box 405563
Atlanta, GA 30384

FD Hurka Metrology
PO Box 240695
Charlotte, NC 28224

Florida Metrology, LLC
PO Box 882049
Port Saint Lucie, FL 34988

FrankCrum
100 South Missouri Avenue
Clearwater, FL 33756

Great Lakes Business Credit
900 Wilshire Dr Suite 305
Troy, MI 48084

H&M Metal Processing
1414 Kenmore Blvd
Akron, OH 44314

H&M South, Inc.
1926 Spearing Street
Jacksonville, FL 32206

Heritage Crystal Clean
13621 Collections Center Drive
Chicago, IL 60693

Howard S. Towland, Esq.
Mitrani Rynor Adamsky Toland
1200 Weston Road, Penthouse
Weston, FL 33326

Hydraulic Supply Co & IGS
PO Box 746619
Atlanta, GA 30374

Industrial Air Centers
PO Box 1239
Jeffersonville, IN 47131

IOU Central Inc
600 Town Park Lane
Suite 350
Kennesaw, GA 30144

IPFS Corporation
PO Box 730223
Dallas, TX 75373

JM Todd, Inc.
12670 McGregor Blvd
Fort Myers, FL 33919

Kapitus LLC
2500 Wilson Blvd, Suite 350
Arlington , VA 22201

LCA Bank Corporation
PO Box 1650
Troy, MI 48099

Leaf
PO Box 742647
Cincinnati, OH 45274

Makino - Single Source Technologies
Dept CH 16443
Palatine, IL 60055

Makino Inc.
Dept CH 16443
Palatine, IL 60055

Manufacture's Capital
Div of Commercial of Credit Group Inc.
PO Box 60121
Charlotte, NC 28260

Max Leasing USA
PO Box 241948
Montgomery, AL 36124

McMaster-Carr
PO Box 7690
Chicago, IL 60680

Meridian Equipment Finance LLC
9 Old Lincoln Highway
Malvern, PA 19355

Mitsubishi

Nationwide Lift Trucks
6341 Arc Way
Fort Myers, FL 33966

Newtek Small Business Finance, LLC
1981 Marcus Avenue, Ste 130
Lake Success, NY 11042

Partners Capital
Bryn Mawr Equipment Finance, Inc.
801 Lancaster Avenue
Bryn Mawr, PA 19010

Pathward / Crestmark
211 West Mineral Street, #612
Milwaukee, WI 53204

Pawnee Leasing Corp
3801 Automation Way, Ste 207
Fort Collins, CO 80525

Pedowitz Machinery Movers
1650 NW 33rd Street
Pompano Beach, FL 33064

Pioneer Michigan Broach Co
13957 Pioneer Avenue
Leroy, MI 49655

PPG5R, LLC
340 9th Street North Suite 276
Naples, FL 34102

S3F Solutions
626 Valley Lane
Boulder, CO 80302

Safety First Co.
2309 Davis Blvd
Naples, FL 34104

Schirripa International
3504-317 Highway 153
Greenville, SC 29611

Small Business Financial Solutions, LLC
4500 East West Highway, 6th Fl
Bethesda, MD 20814

Summit Fire & Sprinkler
PO Box 6783
Carol Stream, IL 60197

Sunnen Products Company
PO Box 775304
Chicago, IL 60677

SwissTech Machinery
5475 Louie Lane, Ste C
Reno, NV 89511

Syracuse Supply
APT Machines Toll & Industrial Supplies
4180 St. Johns Parkway

Technical Ordnance Solutions, Inc.
2430 Vanderbilt Beach Road
Ste 108 PMB 269
Naples, FL 34109

Technical Ordnance Solutions, LLC
2430 Vanderbilt Beach Road
Ste 108 PMB 269
Naples, FL 34109

Thermal Braze, Inc.
231 Venus Street
Jupiter, FL 33458

Toyota Industries Commercial Finance
PO Box 660926
Dallas, TX 75266

Trimech Solutions, LLC
4461 Cox Road, Ste 302
Glen Allen, VA 23060

True Max Barrel
2430 Vandelbilt Beach Rd
Suite 108, PMB 269
Naples, FL 34109

Ty Miles, Inc.
9855 Derby Lane
Westchester, IL 60154

U.S. Small Business Administration
Office of Disaster Assistance
14925 Kingsport Road
Fort Worth, TX 76155

U.S. Small Business Administration
South Florida District Office
501 East Kennedy Blvd, Suite 1210
Tampa, FL 33602


Uline
PO Box 88741
Chicago, IL 60680


United Healthcare Ins Co
PO Box 959782
Saint Louis, MO 63195


United Performance Metals
PO Box 934502
Atlanta, GA 31193


Waste Management, Inc. of FL
PO Box 4648
Carol Stream, IL 60197