**Fill in this information to identify the case:**

Debtor name _____Atomic Machine & EDM, Inc._____

United States Bankruptcy Court for the: ____Middle District of Florida_____

(State)

Case number (If known): ____2:23-bk-00126_____

☐ Check if this is an amended filing

## Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals
**12/15**

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ....................................................

   $ _____0.00__

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...................................................

   $ ____7,961,380.00__

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ...................................................

   $ ____7,961,380.00__

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................

   $ ____9,630,063.11__

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.........................................................

   $ _____0.00__

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................................................

   +$ ____811,184.72__

4. **Total liabilities** ................................................................................................................
   Lines 2 + 3a + 3b

   $ ____10,441,247.83__

**Fill in this information to identify the case:**

Debtor name ___Atomic Machine & EDM, Inc.___

United States Bankruptcy Court for the: ___Middle District of Florida___

Case number (If known): ___2:23-bk-00126___

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand**  $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Midwest One #3618 | Checking | 3  6  1  8 | $ 446,290.00 |
| 3.2. | | | | $ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | _____ | $ _____ |
|---|---|---|
| 4.2. | _____ | $ _____ |

5. **Total of Part 1**  $ 446,290.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. | _____ | $ _____ |
|---|---|---|
| 7.2. | _____ | $ _____ |

Debtor    Atomic Machine & EDM, Inc.
          _____          Case number *(if known)* 2:23-bk-00126
          Name                                              _____

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**11. Accounts receivable**

11a. 90 days old or less:    _____ – _____ = ........➡    $_____
                             face amount      doubtful or uncollectible accounts

11b. Over 90 days old:       _____ – _____ = ........➡    $_____
                             face amount      doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

## Part 4:  Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

Debtor  Atomic Machine & EDM, Inc.
_____
Name

Case number (if known) 2:23-bk-00126
_____

---

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** _____ | MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **20. Work in progress** _____ | MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **21. Finished goods, including goods held for resale** 2.6M finished goods, 98K raw material, 1.8M WIP | MM / DD / YYYY | $ 4,542,121.00 | audit | $ 4,542,121.00 |
| **22. Other inventory or supplies** _____ | MM / DD / YYYY | $ _____ | _____ | $ _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 4,542,121.00

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☑ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

---

Debtor    Atomic Machine & EDM, Inc.
          _____
          Name

Case number *(if known)* 2:23-bk-00126
          _____

33. **Total of Part 6.**

   Add lines 28 through 32. Copy the total to line 85.

   $ _____

34. **Is the debtor a member of an agricultural cooperative?**

   ☐ No

   ☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No

   ☐ Yes. Book value $ _____  Valuation method _____  Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☐ No

   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.

   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 39. **Office furniture**<br>Entire factory of desks computers tools | $ 0.00 | _____ | $ Unknown |
| 40. **Office fixtures** | $ _____ | _____ | $ _____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $ _____ | _____ | $ _____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | · $ _____ |

43. **Total of Part 7.**

   Add lines 39 through 42. Copy the total to line 86.

   $ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☐ No

   ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☐ No

   ☑ Yes

Debtor   Atomic Machine & EDM, Inc.

Name

Case number (*if known*)   2:23-bk-00126

---

**Part 8:    Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49.  **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
Various Machines...schedule attached at end

| | | | |
|---|---|---|---|
| | $ 5,407,071.00 | straight line | $ 2,972,969.00 |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 2,972,969.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor  Atomic Machine & EDM, Inc.
_____
Name

Case number *(if known)* 2:23-bk-00126
_____

---

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

---

Debtor    Atomic Machine & EDM, Inc.
_____    Case number *(if known)* 2:23-bk-00126
Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____  –  _____  = ➡  $_____
Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

Leased Doosan DNM4500-M11    $ 0.00

See continuation sheet    $ 0.00

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor   Atomic Machine & EDM, Inc.                                    Case number (*if known*)   2:23-bk-00126
         Name

| Part 12: | Summary |
|----------|---------|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 446,290.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 4,542,121.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 2,972,969.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ....................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 7,961,380.00 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................................................... $ 7,961,380.00   $ 7,961,380.00

| Debtor 1 | Atomic Machine & EDM, Inc. | | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## **Continuation Sheet for Official Form 206 A/B**

**77) Other property of any kind not already listed**

| | |
|---|---|
| **Leased Puma GT2100-L1** | 0.00 |
| **Leased Robodrill-M3** | 0.00 |
| **Leased Compressor** | 0.00 |
| **Leased Makino EDM** | 0.00 |
| **Leased Doosan Mill Turns MX2100** | 0.00 |
| **Leased Compact Mill-M2** | 0.00 |
| **Leased Keyance-Q1** | 0.00 |
| **Leased DNM4500 (total of 5)** | 0.00 |
| **Leased Doosan DNM-4001l-M9** | 0.00 |
| **Leased Laser Engraver-LM1** | 0.00 |
| **Leased MicroVue** | 0.00 |
| **Leased Broach MBLD-10-36-60** | 0.00 |
| **Leased Lynx2100A (total of 3)** | 0.00 |
| **Leased Puma GT2600 (total of 2)** | 0.00 |
| **Leased Puma GT2600-plus** | 0.00 |
| **Leased Bar Feeder chip conveyer rigging** | 0.00 |

**Fill in this information to identify the case:**

Debtor name __Atomic Machine & EDM, Inc.__

United States Bankruptcy Court for the: __Middle District of Florida__

Case number (If known): __2:23-bk-00126__

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Creditor's name**<br>Bryn Mawr Equipment Finance, Inc. | **Describe debtor's property that is subject to a lien**<br>Leased Laser Engraver-LM1 | $ 26,670.33 | $ 0.00 |

**Creditor's mailing address**

PO Box 692

Bryn Mawr, PA 19010

**Creditor's email address, if known**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| **2.2** **Creditor's name**<br>CDS Business Services, Inc. | **Describe debtor's property that is subject to a lien**<br>AR & Inventory | $1,099,931.00 | $Unknown |

**Creditor's mailing address**

d/b/a Newtek Business Credit Solutions, LL

1981 Marcus Avenue, Ste 130, Lake Succe

**Creditor's email address, if known**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ 9,630,063.11

Debtor  Atomic Machine & EDM, Inc.
_____  Case number _(if known)_ 2:23-bk-00126
        Name

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3**  **Creditor's name**
IOU Central Inc
_____

**Creditor's mailing address**

600 Town Park Lane
Suite 350, Kennesaw, GA 30144

**Creditor's email address, if known**
_____

**Date debt was incurred**  10/21/2022
**Last 4 digits of account number**  2008

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All asssets

$464,234.00    $ Unknown

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4**  **Creditor's name**
Kapitus LLC
_____

**Creditor's mailing address**

2500 Wilson Blvd, Suite 350
Arlington , VA 22201

**Creditor's email address, if known**
_____

**Date debt was incurred**  10/20/2022
**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All assets

$693,824.00    $ Unknown

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor  Atomic Machine & EDM, Inc.
_____  Case number _(if known)_ 2:23-bk-00126
Name

| | Column A | Column B |
|---|---|---|
| **Part 1:** **Additional Page** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5** **Creditor's name**
Makino Inc.

**Describe debtor's property that is subject to a lien**

Leased Makino EDM

$169,415.82          $0.00

**Creditor's mailing address**

Dept CH 16443
Palatine, IL 60055

**Creditor's email address, if known**

**Describe the lien**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ Yes. The relative priority of creditors is specified on lines _____

**2.6** **Creditor's name**
Manufacture's Capital

**Describe debtor's property that is subject to a lien**

Multiple assets

$3,450.00          $ Unknown

**Creditor's mailing address**

Div of Commercial of Credit Group Inc.
PO Box 60121, Charlotte, NC 28260

**Creditor's email address, if known**

**Describe the lien**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor    Atomic Machine & EDM, Inc.                              Case number (if known)    2:23-bk-00126
                Name

| **Part 1:** | **Additional Page** | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7** Creditor's name
Manufacture's Capital

_____

**Creditor's mailing address**

Div of Commercial of Credit Group Inc.
PO Box 60121, Charlotte, NC 28260

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Multiple assets

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$68,988.00          $ Unknown

---

**2.8** Creditor's name
Manufacture's Capital

_____

**Creditor's mailing address**

Div of Commercial of Credit Group Inc.
PO Box 60121, Charlotte, NC 28260

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Multiple assets

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$306,756.00          $ Unknown

Debtor   Atomic Machine & EDM, Inc.                              Case number (if known) 2:23-bk-00126
         Name

| **Part 1:** | **Additional Page** | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.9** **Creditor's name**
Manufacture's Capital

**Creditor's mailing address**

Div of Commercial of Credit Group Inc.
PO Box 60121, Charlotte, NC 28260

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Multiple assets

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$769,080.00    $Unknown

---

**2.10** **Creditor's name**
Manufacture's Capital

**Creditor's mailing address**

Div of Commercial of Credit Group Inc.
PO Box 60121, Charlotte, NC 28260

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Multiple assets

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$27,584.00    $ Unknown

---

Debtor __Atomic Machine & EDM, Inc._____  Case number _(if known)__2:23-bk-00126____
       Name

| | Column A | Column B |
|---|---|---|
| **Part 1:   Additional Page** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.11** **Creditor's name**
Manufacture's Capital
_____

**Creditor's mailing address**

Div of Commercial of Credit Group Inc.
PO Box 60121, Charlotte, NC 28260
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

      ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Multiple assets

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$106,646.63   $Unknown

---

**2.12** **Creditor's name**
Meridian Equipment Finance LLC
_____

**Creditor's mailing address**

9 Old Lincoln Highway
Malvern, PA 19355
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

      ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Leased MicroVue

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$32,466.10   $ 0.00

---

| Debtor | Atomic Machine & EDM, Inc. | Case number (if known) | 2:23-bk-00126 |
|---|---|---|---|
| | Name | | |

## Part 1:    Additional Page

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.13** **Creditor's name**
Newtek Small Business Finance, LLC

**Describe debtor's property that is subject to a lien**

Collateral Blanket lien on all assets, third mortgage / deed of trust on real property owned by insiders

$3,607,463.63         $0.00

**Creditor's mailing address**

1981 Marcus Avenue, Ste 130
Lake Success, NY 11042

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.14** **Creditor's name**
Pathward / Crestmark

**Describe debtor's property that is subject to a lien**

Leased Broach MBLD-10-36-60

$114,682.68         $0.00

**Creditor's mailing address**

211 West Mineral Street, #612
Milwaukee, WI 53204

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    Atomic Machine & EDM, Inc.
_____
Name

Case number _(if known)_ 2:23-bk-00126

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.15 | | | |
|---|---|---|---|

**Creditor's name**
Small Business Financial Solutions, LLC
_____

**Creditor's mailing address**

4500 East West Highway, 6th Fl
_____
Bethesda, MD 20814
_____

**Creditor's email address, if known**
_____

**Date debt was incurred**    10/21/2022
**Last 4 digits of account number**    _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All Assets

$173,250.00    $ Unknown

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.16 | | | |
|---|---|---|---|

**Creditor's name**
Toyota Industries Commercial Finance
_____

**Creditor's mailing address**

PO Box 660926
_____
Dallas, TX 75266
_____

**Creditor's email address, if known**
_____

**Date debt was incurred**    _____
**Last 4 digits of account number**    _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Fork lift

$720.92    $ Unknown

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    Atomic Machine & EDM, Inc.
          Name
                                        Case number (if known) 2:23-bk-00126

| | Column A | Column B |
|---|---|---|
| **Part 1:**  Additional Page | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.17** Creditor's name

U.S. Small Business Administration

Creditor's mailing address

Office of Disaster Assistance

14925 Kingsport Rd, Ft Worth, TX 76155

Creditor's email address, if known

Date debt was incurred    03/16/2022

Last 4 digits of account number    9103

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All assets

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,964,900.00    $Unknown

---

**2.__** Creditor's name

_____

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account number    _____

Do multiple creditors have an interest in the same property?

☐ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☐ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

---

| Debtor | Atomic Machine & EDM, Inc. | Case number *(if known)* | 2:23-bk-00126 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td colspan="2"><strong>List Others to Be Notified for a Debt Already Listed in Part 1</strong></td></tr>
</table>

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Drew A. Callahan<br>Aldridge Pite, LLP<br>4375 Jutland Drive, Ste 200<br>San Diego, CA, 92117 | Line 2. 13 | _____ |
| Howard S. Towland, Esq.<br>Mitrani Rynor Adamsky Toland<br>1200 Weston Road, Penthouse<br>Weston, FL, 33326 | Line 2. 2 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Atomic Machine & EDM, Inc. |
| United States Bankruptcy Court for the: | Middle District of Florida |
| Case number (if known) | 2:23-bk-00126 |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☑ No. Go to Part 2.
☐ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____  $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____  $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____  $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

| Debtor | Atomic Machine & EDM, Inc. | | Case number *(if known)* 2:23-bk-00126 |
|---|---|---|---|
| | Name | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**  **Nonpriority creditor's name and mailing address**
Advanced Coating Technologies, Inc.
29023 The Old Road
Valencia, CA, 91355

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

$ 4,884.90

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2**  **Nonpriority creditor's name and mailing address**
AFI Tooling, Inc.
PO Box 1087
Tallevast, FL, 34270

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

$ 101,191.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** O010

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3**  **Nonpriority creditor's name and mailing address**
ALRO Metals, Inc.
Dept 771478
PO Box 77000
Detroit, MI, 48277

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

$ 200.04

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4**  **Nonpriority creditor's name and mailing address**
American Broach & Machine Co.
PO Box 1588
Troy, MI, 48099

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

$ 12,160.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5**  **Nonpriority creditor's name and mailing address**
American Mfr's Group
7701 Starkey Road, Unit 314
Largo, FL, 33777

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

$ 850.48

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 2958

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6**  **Nonpriority creditor's name and mailing address**
Aramack
AUS Central Lockbox
PO box 731676
Dallas, TX, 75373

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

$ 335.55

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Atomic Machine & EDM, Inc | Case number (*if known*) 2:23-bk-00126 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7** **Nonpriority creditor's name and mailing address**

Baker Hill Industries, Inc.
3850 NW 118th Avenue
Pompano Beach, FL, 33065

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 23,483.50

---

**3.8** **Nonpriority creditor's name and mailing address**

Bank Of America
PO Box 15796
Wilmington, DE, 19886

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 15,532.62

---

**3.9** **Nonpriority creditor's name and mailing address**

Bar One Specialty Steel
1063 Pierson Drive
Batavia, IL, 60510

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 20,596.36

---

**3.10** **Nonpriority creditor's name and mailing address**

Canon Financial Services
14904 Collections Center Drive
Chicago, IL, 60693

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 151.83

---

**3.11** **Nonpriority creditor's name and mailing address**

Chemteck Metal Finishing Corp
636 Atlantis Road
Melbourne, FL, 32904

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 190.00

---

| Debtor | Atomic Machine & EDM, Inc | Case number *(if known)* | 2:23-bk-00126 |
| --- | --- | --- | --- |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.12 Nonpriority creditor's name and mailing address**

Cogsdill Tool Products, Inc.
PO Box 890913
Charlotte, NC, 28289

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$3,863.72

---

**3.13 Nonpriority creditor's name and mailing address**

Collier Co Tax Collector
3291 Tamiami Trail East
Naples, FL, 34112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 2021 Tangible Property tax

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$7,905.00

---

**3.14 Nonpriority creditor's name and mailing address**

Collier County Tax Collector
3291 E Tamiami Trail
Naples, FL, 34112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$225.00

---

**3.15 Nonpriority creditor's name and mailing address**

Comcast
PO Box 105184
Atlanta, GA, 30348

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Telephone / Internet services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$637.72

---

**3.16 Nonpriority creditor's name and mailing address**

Direct Capital - Keyance/EDI
CIT
155 Commerce Way
Portsmouth, NH, 03801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$29,133.20

---

Debtor   Atomic Machine & EDM, Inc
         _____
         Name

Case number *(if known)* 2:23-bk-00126

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3. 17**  **Nonpriority creditor's name and mailing address**

Earle M. Jorgensen Co.
Attn: George Crosson
2520 Metropolitan Drive
Feasterville Trevose, PA, 19053

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13,207.65

---

**3. 18**  **Nonpriority creditor's name and mailing address**

FCCI Insurance Group
PO Box 405563
Atlanta, GA, 30384

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 425.23

---

**3. 19**  **Nonpriority creditor's name and mailing address**

FD Hurka Metrology
PO Box 240695
Charlotte, NC, 28224

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,115.44

---

**3. 20**  **Nonpriority creditor's name and mailing address**

Florida Metrology, LLC
PO Box 882049
Port Saint Lucie, FL, 34988

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,410.40

---

**3. 21**  **Nonpriority creditor's name and mailing address**

Great Lakes Business Credit
900 Wilshire Dr Suite 305
Troy, MI, 48084

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,000.00

---

Debtor    Atomic Machine & EDM, Inc    Case number (if known)  2:23-bk-00126

Name

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3. 22**  **Nonpriority creditor's name and mailing address**

H&M Metal Processing
1414 Kenmore Blvd
Akron, OH, 44314

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 225.00

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 23**  **Nonpriority creditor's name and mailing address**

H&M South, Inc.
1926 Spearing Street
Jacksonville, FL, 32206

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,239.50

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 24**  **Nonpriority creditor's name and mailing address**

Heritage Crystal Clean
13621 Collections Center Drive
Chicago, IL, 60693

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,002.10

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 25**  **Nonpriority creditor's name and mailing address**

Hydraulic Supply Co & IGS
PO Box 746619
Atlanta, GA, 30374

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 648.49

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 26**  **Nonpriority creditor's name and mailing address**

IPFS Corporation
PO Box 730223
Dallas, TX, 75373

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,171.58

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Atomic Machine & EDM, Inc
_____
Name

Case number *(if known)* 2:23-bk-00126

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.27  Nonpriority creditor's name and mailing address**

JM Todd, Inc.
12670 McGregor Blvd
Fort Myers, FL, 33919

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  TO00

$ 487.07

---

**3.28  Nonpriority creditor's name and mailing address**

Kapitus LLC
2500 Wilson Blvd, Suite 350

Arlington , VA, 22201

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 47,316.00

---

**3.29  Nonpriority creditor's name and mailing address**

LCA Bank Corporation
PO Box 1650
Troy, MI, 48099

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 7,936.00

---

**3.30  Nonpriority creditor's name and mailing address**

Leaf
PO Box 742647
Cincinnati, OH, 45274

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 1,996.99

---

**3.31  Nonpriority creditor's name and mailing address**

Leaf
PO Box 742647
Cincinnati, OH, 45274

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 4,438.89

---

Debtor    Atomic Machine & EDM, Inc.                                    Case number *(if known)* 2:23-bk-00126

Name

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.** 32  **Nonpriority creditor's name and mailing address**

Leaf
PO Box 742647
Cincinnati, OH, 45274

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 85,720.60

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 33  **Nonpriority creditor's name and mailing address**

Max Leasing USA
PO Box 241948
Montgomery, AL, 36124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 46,082.30

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 34  **Nonpriority creditor's name and mailing address**

McMaster-Carr
PO Box 7690
Chicago, IL, 60680

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 15,591.30

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 35  **Nonpriority creditor's name and mailing address**

Nationwide Lift Trucks
6341 Arc Way
Fort Myers, FL, 33966

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,039.77

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 36  **Nonpriority creditor's name and mailing address**

Partners Capital
Bryn Mawr Equipment Finance, Inc.
801 Lancaster Avenue
Bryn Mawr, PA, 19010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 117.33

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Atomic Machine & EDM, Inc | Case number (if known) | 2:23-bk-00126 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 37  **Nonpriority creditor's name and mailing address**

Pawnee Leasing Corp
3801 Automation Way, Ste 207
Fort Collins, CO, 80525

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 66.45

---

**3.** 38  **Nonpriority creditor's name and mailing address**

Pedowitz Machinery Movers
1650 NW 33rd Street
Pompano Beach, FL, 33064

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,092.50

---

**3.** 39  **Nonpriority creditor's name and mailing address**

Pioneer Michigan Broach Co
13957 Pioneer Avenue
Leroy, MI, 49655

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,743.00

---

**3.** 40  **Nonpriority creditor's name and mailing address**

PPG5R, LLC
340 9th Street North Suite 276
Naples, FL, 34102

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 90,784.08

---

**3.** 41  **Nonpriority creditor's name and mailing address**

Safety First Co.
2309 Davis Blvd
Naples, FL, 34104

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 551.05

---

| Debtor | Atomic Machine & EDM, Inc. | Case number *(if known)* 2:23-bk-00126 |
|---|---|---|
| | Name | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42  Nonpriority creditor's name and mailing address**

Schirripa International
3504-317 Highway 153
Greenville, SC, 29611

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,082.00

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.43  Nonpriority creditor's name and mailing address**

Small Business Financial Solutions, LLC
4500 East West Highway, 6th Fl

Bethesda, MD, 20814

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,500.00

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.44  Nonpriority creditor's name and mailing address**

Summit Fire & Sprinkler
PO Box 6783
Carol Stream, IL, 60197

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 180.00

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.45  Nonpriority creditor's name and mailing address**

Sunnen Products Company
PO Box 775304
Chicago, IL, 60677

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 119.31

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.46  Nonpriority creditor's name and mailing address**

SwissTech Machinery
5475 Louie Lane, Ste C
Reno, NV, 89511

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,121.13

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor    Atomic Machine & EDM, Inc    Case number *(if known)* 2:23-bk-00126

Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 47 **Nonpriority creditor's name and mailing address**

Syracuse Supply
APT Machines Toll & Industrial Supplies
4180 St. Johns Parkway
Sanford, FL, 32771

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,328.59

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 48 **Nonpriority creditor's name and mailing address**

Thermal Braze, Inc.
231 Venus Street
Jupiter, FL, 33458

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 594.70

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 49 **Nonpriority creditor's name and mailing address**

Trimech Solutions, LLC
4461 Cox Road, Ste 302
Glen Allen, VA, 23060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,495.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 50 **Nonpriority creditor's name and mailing address**

True Max Barrel
2430 Vandelbilt Beach Rd
Suite 108, PMB 269
Naples, FL, 34109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 100.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 51 **Nonpriority creditor's name and mailing address**

Ty Miles, Inc.
9855 Derby Lane
Westchester, IL, 60154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 6,342.83

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Atomic Machine & EDM, Inc    Case number *(if known)* 2:23-bk-00126
　　　　　Name

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.52** **Nonpriority creditor's name and mailing address**

Uline
PO Box 88741
Chicago, IL, 60680

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,620.67

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.53** **Nonpriority creditor's name and mailing address**

United Healthcare Ins Co
PO Box 959782
Saint Louis, MO, 63195

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.54** **Nonpriority creditor's name and mailing address**

United Performance Metals
PO Box 934502
Atlanta, GA, 31193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 943.16

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.55** **Nonpriority creditor's name and mailing address**

Waste Management, Inc. of FL
PO Box 4648
Carol Stream, IL, 60197

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 368.12

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.56** **Nonpriority creditor's name and mailing address**

Wells Fargo Equipment Finance, Inc.
600 S 4TH St
Minneapolis, MN, 55415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 210,638.58

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    07/22/2021

Last 4 digits of account number _____

---

Debtor    Atomic Machine & EDM Inc.
Name

Case number (if known) 2:23-bk-00126

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ | 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ | 811,184.72 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 811,184.72 |

**Fill in this information to identify the case:**

Debtor name ___Atomic Machine & EDM, Inc.___

United States Bankruptcy Court for the: ___Middle District of Florida___

Case number (If known): ___2:23-bk-00126___    Chapter ___11___

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Leased Broach MBLD-10-36-60 Lessee | Brickhouse Capital 8161 East Indian Bend Road, Ste 103 Scottsdale, AZ, 85250 |
| | State the term remaining | 9/18/24 Maturity date | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Leased Doosan DNM4500-M1 Lessee | Leaf PO Box 742647 Cincinnati, OH, 45274 |
| | State the term remaining | 5/28/2023 Maturity date | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Leased Compact mill-m2 Lessee | Lease Services - HAAS 2800 Sturgis Rd Oxnard, CA, 93030 |
| | State the term remaining | 8/5/23 Maturity date | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Leased Puma GT2100-L1 Lessee | Hitachi Capital 800 Connecticut Ave #4N Norwalk, CT, 06854 |
| | State the term remaining | 8/5/23 Maturity date | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Leased Doosan DNM-400ll-M9 Lessee | Lease Services - HAAS 2800 Sturgis Rd Oxnard, CA, 93030 |
| | State the term remaining | 8/5/23 Maturity date | |
| | List the contract number of any government contract | | |

| Debtor | Atomic Machine & EDM, Inc. | Case number (if known) | 2:23-bk-00126 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** Leased Robodrill - M3 Lessee<br><br>**State the term remaining** 8/27/23 Maturity date<br>**List the contract number o any government contract** | Leaf<br>PO Box 742647<br>Cincinnati, OH, 45274 |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** Leased Compressor Lessee<br><br>**State the term remaining** 11/4/24 Maturity date<br>**List the contract number of any government contract** | MaxLeasing<br>400 East Dale Circle<br>Montgomery, AL, 36117 |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** Leased Keyance - Q1 Lessee<br><br>**State the term remaining** 1/4/25 Maturity date<br>**List the contract number of any government contract** | Direct Capital - Keyance/EDI<br>CIT<br>155 Commerce Way<br>Portsmouth, NH, 03801 |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** Leased Laser Engraver-LM1 Lessee<br><br>**State the term remaining** 2/14/25 Maturity date<br>**List the contract number of any government contract** | Bryn Mawr Equipment Finance, Inc.<br>PO Box 692<br>Bryn Mawr, PA, 19010 |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** Leased Makino EDM Lessee<br><br>**State the term remaining** 8/21/25 Maturity date<br>**List the contract number of any government contract** | Makino Inc.<br>Dept CH 16443<br>Palatine, IL, 60055 |
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** Leased MicroVue Lessee<br><br>**State the term remaining** 8/20/24 Maturity date<br>**List the contract number of any government contract** | Meridian Equipment Finance<br>9 Old Lincoln Hwy<br>Malvern, PA, 19355 |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** Leased Doosan Mill Turns MX2100 Lessee<br><br>**State the term remaining** 11/23/24 Maturity date<br>**List the contract number of any government contract** | Manufacture's Capital<br>Div of Commercial of Credit Group Inc.<br>PO Box 60121<br>Charlotte, NC, 28260 |

| Debtor | Atomic Machine & EDM, Inc. | Case number *(if known)* | 2:23-bk-00126 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.13** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number o any government contract** | Leased Lynx2100A<br>Lessee<br><br>4/10/25 Maturity date | Manufacture's Capital<br>Div of Commercial of Credit Group Inc.<br>PO Box 60121<br>Charlotte, NC, 28260 |
| **2.14** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Leased DNM4500<br>Lessee<br><br>4/10/25 Maturity date | Manufacture's Capital<br>Div of Commercial of Credit Group Inc.<br>PO Box 60121<br>Charlotte, NC, 28260 |
| **2.15** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Lease installation, coding, etc for Lynx and DNM<br>Lessee<br><br>4/10/25 Maturity date | Manufacture's Capital<br>Div of Commercial of Credit Group Inc.<br>PO Box 60121<br>Charlotte, NC, 28260 |
| **2.16** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Leased DNM4500<br>Lessee<br><br>12/5/27 Maturity date | Manufacture's Capital<br>Div of Commercial of Credit Group Inc.<br>PO Box 60121<br>Charlotte, NC, 28260 |
| **2.17** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Leased DNM4500<br>Lessee<br><br>12/5/27 Maturity date | Manufacture's Capital<br>Div of Commercial of Credit Group Inc.<br>PO Box 60121<br>Charlotte, NC, 28260 |
| **2.18** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Leased Puma GT2600<br>Lessee<br><br>12/5/27 Maturity date | Manufacture's Capital<br>Div of Commercial of Credit Group Inc.<br>PO Box 60121<br>Charlotte, NC, 28260 |
| **2.19** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Leased Puma GT2600<br>Lessee<br><br>12/5/27 Maturity date | Manufacture's Capital<br>Div of Commercial of Credit Group Inc.<br>PO Box 60121<br>Charlotte, NC, 28260 |

Debtor  Atomic Machine & EDM, Inc.
_____
Name

Case number *(if known)*  2:23-bk-00126
_____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.**20** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number o any government contract** | Leased Puma GT2600 - plus<br>Lessee<br><br>12/5/27 Maturity date | Manufacture's Capital<br>Div of Commercial of Credit Group Inc.<br>PO Box 60121<br>Charlotte, NC, 28260 |
| 2.**21** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Leased Bar feeders chip conveyer<br>rigging<br>Lessee<br><br>12/5/27 Maturity date | Manufacture's Capital<br>Div of Commercial of Credit Group Inc.<br>PO Box 60121<br>Charlotte, NC, 28260 |
| 2.**22** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Leased Lynx2100A<br>Lessee<br><br>4/10/25 Maturity date | Manufacture's Capital<br>Div of Commercial of Credit Group Inc.<br>PO Box 60121<br>Charlotte, NC, 28260 |
| 2.**23** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Leased DNM4500<br>Lessee<br><br>12/5/27 Maturity date | Manufacture's Capital<br>Div of Commercial of Credit Group Inc.<br>PO Box 60121<br>Charlotte, NC, 28260 |
| 2.**24** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Leased DNM4500<br>Lessee<br><br>12/5/27 Maturity date | Manufacture's Capital<br>Div of Commercial of Credit Group Inc.<br>PO Box 60121<br>Charlotte, NC, 28260 |
| 2.**25** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Leased Lynx2100A<br>Lessee<br><br>4/10/25 Maturity date | Manufacture's Capital<br>Div of Commercial of Credit Group Inc.<br>PO Box 60121<br>Charlotte, NC, 28260 |
| 2.**26** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Copier Lease<br>Lessee | Modular Document Solutions<br>12320 Crystal Commerce Loop<br>Fort Myers, FL, 33966 |

| Debtor | Atomic Machine & EDM, Inc. | Case number (if known) | 2:23-bk-00126 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.27** State what the contract or lease is for and the nature of the debtor's interest | Lease for Robodrill Lessee |
| State the term remaining | Methods Machine Tools Inc 65 Union Ave Sudbury, MA, 01776 |
| List the contract number o any government contract | |
| **2.___** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.___** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.___** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.___** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.___** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.___** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name ___Atomic Machine & EDM, Inc.___

United States Bankruptcy Court for the: ___Middle District of Florida___

Case number (If known): ___2:23-bk-00126___

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 Technical Ordnance Solutions, Inc. | Technical Ordnance Solutions, Inc. 2430 Vanderbilt Beach Road Ste 108 PMB 269 Naples, FL 34109 | CDS Business Services, I | ☑ D ☐ E/F ☐ G |
| 2.2 Energy Technical Sys | Energy Technical Systems, Inc. 6958 Mill Run Circle Naples, FL 34109 | CDS Business Services, I | ☑ D ☐ E/F ☐ G |
| 2.3 Technical Ordnance : | Technical Ordnance Solutions, LLC 2430 Vanderbilt Beach Road Ste 108 PMB 269 Naples, FL 34109 | Newtek Small Business Fi | ☑ D ☐ E/F ☐ G |
| 2.4 Engergy Technical Sy | Engergy Technical Systems, Inc. 6958 Mill Run Circle Naples, FL 34109 | Newtek Small Business Fi | ☑ D ☐ E/F ☐ G |
| 2.5 Technical Ordnance : | Technical Ordnance Solutions, LLC 2430 Vanderbilt Beach Rd Suite 108 PMB 269 Naples, FL 34109 | Brickhouse Capital | ☐ D ☐ E/F ☑ G |
| 2.6 Linsday Cochran Bov | Linsday Cochran Bowman 1000 Mason Street San Francisco, CA 94108 | IOU Central Inc | ☑ D ☐ E/F ☐ G |

Debtor <u>Atomic Machine & EDM, Inc.</u>
Name

Case number *(if known)* <u>2:23-bk-00126</u>

 **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.7 Clyde William Colburn | Clyde William Colburn 6958 Mill Run Circle Naples, FL 34109 | IOU Central Inc | ☑ D ☐ E/F ☐ G |
| 2.8 Energy Technical Systems, Inc. | Energy Technical Systems, Inc. 6958 Mill Run Circle Naples, FL 34109 | Kapitus LLC | ☑ D ☐ E/F ☐ G |
| 2.9 Linsday Cochran Bowman | Linsday Cochran Bowman 1000 Mason Street San Francisco, CA 94108 | Small Business Financial Solutions, LLC | ☑ D ☐ E/F ☐ G |
| 2.10 Technical Ordnance Solutions, LLC | Technical Ordnance Solutions, LLC 2430 Vanderbilt Beach Road Ste 108 PMB 269 Naples, FL 34109 | Kapitus LLC | ☑ D ☐ E/F ☐ G |
| 2.11 Clyde William Colburn | Clyde William Colburn 6958 Mill Run Circle Naples, FL 34109 | Small Business Financial Solutions, LLC | ☑ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name ___Atomic Machine & EDM, Inc._____

United States Bankruptcy Court for the: ___Middle District of Florida_____

Case number (*If known*): _____2:23-bk-00126_____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___02/27/2023___          ✘ /s/ Clyde William Colburn, III
      MM / DD / YYYY          _____
                          Signature of individual signing on behalf of debtor

                        Clyde William Colburn, III
                        Printed name

                        Owner
                        Position or relationship to debtor

95 FLRPT, LLC and
WR-I Associates, LTD
7978 Cooper Creek Blvd, Unit 100
Bradenton, FL 34201

Advanced Coating Technologies, Inc.
29023 The Old Road
Valencia, CA 91355

AFI Tooling, Inc.
PO Box 1087
Tallevast, FL 34270

ALRO Metals, Inc.
Dept 771478
PO Box 77000
Detroit, MI 48277

American Broach & Machine Co.
PO Box 1588
Troy, MI 48099

American Mfr's Group
7701 Starkey Road, Unit 314
Largo, FL 33777

Aramack
AUS Central Lockbox
PO box 731676
Dallas, TX 75373

Baker Hill Industries, Inc.
3850 NW 118th Avenue
Pompano Beach, FL 33065

Bank Of America
PO Box 15796
Wilmington, DE 19886

Bar One Specialty Steel
1063 Pierson Drive
Batavia, IL 60510

Brickhouse Capital
8161 East Indian Bend Road, Ste 103
Scottsdale, AZ 85250

Bryn Mawr Equipment Finance, Inc.
PO Box 692
Bryn Mawr, PA 19010

Canon Financial Services
14904 Collections Center Drive
Chicago, IL 60693

CDS Business Services, Inc.
d/b/a Newtek Business Credit Solutions,
1981 Marcus Avenue, Ste 130
Lake Success, NY 11042

Chemteck Metal Finishing Corp
636 Atlantis Road
Melbourne, FL 32904

CHTD Company
PO Box 2576
Springfield, IL 62708

Clyde William Colburn
6958 Mill Run Circle
Naples, FL 34109

Cogsdill Tool Products, Inc.
PO Box 890913
Charlotte, NC 28289

Collier Co Tax Collector
3291 Tamiami Trail East
Naples, FL 34112

Collier County Tax Collector
3291 E Tamiami Trail
Naples, FL 34112

Comcast
PO Box 105184
Atlanta, GA 30348

Corporation Service Corp
1201 HAYS STREET
Tallahassee, FL 32301

CT Corp
330 N Brand Blvd, Ste 700
Glendale, CA 91203

Direct Capital - Keyance/EDI
CIT
155 Commerce Way
Portsmouth, NH 03801

Drew A. Callahan
Aldridge Pite, LLP
4375 Jutland Drive, Ste 200
San Diego, CA 92117

Earle M. Jorgensen Co.
Attn: George Crosson
2520 Metropolitan Drive
Feasterville Trevose, PA 19053

Energy Technical Systems, Inc.
6958 Mill Run Circle
Naples, FL 34109

Engergy Technical Systems, Inc.
6958 Mill Run Circle
Naples, FL 34109

FCCI Insurance Group
PO Box 405563
Atlanta, GA 30384

FD Hurka Metrology
PO Box 240695
Charlotte, NC 28224

Florida Metrology, LLC
PO Box 882049
Port Saint Lucie, FL 34988

Great Lakes Business Credit
900 Wilshire Dr Suite 305
Troy, MI 48084

H&M Metal Processing
1414 Kenmore Blvd
Akron, OH 44314

H&M South, Inc.
1926 Spearing Street
Jacksonville, FL 32206

Heritage Crystal Clean
13621 Collections Center Drive
Chicago, IL 60693

Hitachi Capital
800 Connecticut Ave #4N
Norwalk, CT 06854

Howard S. Towland, Esq.
Mitrani Rynor Adamsky Toland
1200 Weston Road, Penthouse
Weston, FL 33326

Hydraulic Supply Co & IGS
PO Box 746619
Atlanta, GA 30374

IOU Central Inc
600 Town Park Lane
Suite 350
Kennesaw, GA 30144

IPFS Corporation
PO Box 730223
Dallas, TX 75373

JM Todd, Inc.
12670 McGregor Blvd
Fort Myers, FL 33919

Kapitus LLC
2500 Wilson Blvd, Suite 350
Arlington , VA 22201

LCA Bank Corporation
PO Box 1650
Troy, MI 48099

Leaf
PO Box 742647
Cincinnati, OH 45274

Lease Services - HAAS
2800 Sturgis Rd
Oxnard, CA 93030

Linsday Cochran Bowman
1000 Mason Street
San Francisco, CA 94108

Makino Inc.
Dept CH 16443
Palatine, IL 60055

Manufacture's Capital
Div of Commercial of Credit Group Inc.
PO Box 60121
Charlotte, NC 28260

Max Leasing USA
PO Box 241948
Montgomery, AL 36124

MaxLeasing
400 East Dale Circle
Montgomery, AL 36117

McMaster-Carr
PO Box 7690
Chicago, IL 60680

Meridian Equipment Finance
9 Old Lincoln Hwy
Malvern, PA 19355

Meridian Equipment Finance LLC
9 Old Lincoln Highway
Malvern, PA 19355

Methods Machine Tools Inc
65 Union Ave
Sudbury, MA 01776

Modular Document Solutions
12320 Crystal Commerce Loop
Fort Myers, FL 33966

Nationwide Lift Trucks
6341 Arc Way
Fort Myers, FL 33966

Newtek Small Business Finance, LLC
1981 Marcus Avenue, Ste 130
Lake Success, NY 11042

Partners Capital
Bryn Mawr Equipment Finance, Inc.
801 Lancaster Avenue
Bryn Mawr, PA 19010

Pathward / Crestmark
211 West Mineral Street, #612
Milwaukee, WI 53204

Pawnee Leasing Corp
3801 Automation Way, Ste 207
Fort Collins, CO 80525

Pedowitz Machinery Movers
1650 NW 33rd Street
Pompano Beach, FL 33064

Pioneer Michigan Broach Co
13957 Pioneer Avenue
Leroy, MI 49655

PPG5R, LLC
340 9th Street North Suite 276
Naples, FL 34102

Safety First Co.
2309 Davis Blvd
Naples, FL 34104

Schirripa International
3504-317 Highway 153
Greenville, SC 29611

Small Business Financial Solutions, LLC
4500 East West Highway, 6th Fl
Bethesda, MD 20814

Summit Fire & Sprinkler
PO Box 6783
Carol Stream, IL 60197

Sunnen Products Company
PO Box 775304
Chicago, IL 60677

SwissTech Machinery
5475 Louie Lane, Ste C
Reno, NV 89511

Syracuse Supply
APT Machines Toll & Industrial Supplies
4180 St. Johns Parkway
Sanford, FL 32771

Technical Ordnance Solutions, Inc.
2430 Vanderbilt Beach Road
Ste 108 PMB 269
Naples, FL 34109

Technical Ordnance Solutions, LLC
2430 Vanderbilt Beach Road
Ste 108 PMB 269
Naples, FL 34109

Technical Ordnance Solutions, LLC
2430 Vanderbilt Beach Rd
Suite 108 PMB 269
Naples, FL 34109


Thermal Braze, Inc.
231 Venus Street
Jupiter, FL 33458


Toyota Industries Commercial Finance
PO Box 660926
Dallas, TX 75266


Trimech Solutions, LLC
4461 Cox Road, Ste 302
Glen Allen, VA 23060


True Max Barrel
2430 Vandelbilt Beach Rd
Suite 108, PMB 269
Naples, FL 34109


Ty Miles, Inc.
9855 Derby Lane
Westchester, IL 60154


U.S. Small Business Administration
Office of Disaster Assistance
14925 Kingsport Rd
Ft Worth, TX 76155


Uline
PO Box 88741
Chicago, IL 60680


United Healthcare Ins Co
PO Box 959782
Saint Louis, MO 63195


United Performance Metals
PO Box 934502
Atlanta, GA 31193


Waste Management, Inc. of FL
PO Box 4648
Carol Stream, IL 60197


Wells Fargo Equipment Finance, Inc.
600 S 4TH St
Minneapolis, MN 55415

United States Bankruptcy Court

Middle District of Florida

In re:  Atomic Machine & EDM, Inc.                    Case No.  2:23-bk-00126

                                                                          Chapter    11

                        Debtor(s)

**Verification of Creditor Matrix**

        The above-named Debtor(s) hereby verify that the attached list of creditors is
true and correct to the best of their knowledge.

Date:  _____02/27/2023_____            /s/ Clyde William Colburn, III
                                                          _____
                                                          Signature of Individual signing on behalf of debtor

                                                          Owner
                                                          _____
                                                          Position or relationship to debtor